# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carlton Kimble, et al,

    Plaintiff(s),

vs.

U.S. Bank National Association, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv342

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2009 Order.

Signed: September 24, 2009

Frank G. Johns, Clerk
United States District Court